# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM FINK,
                    Appellant,
            vs.
RANDS & SOUTH, LTD., A NEVADA
PROFESSIONAL CORPORATION,
D/B/A RANDS, SOUTH & GARDNER
AND/OR LAW OFFICES OF RANDS
SOUTH & GARDNER, FORM AND
TYPE OF ENTITY UNKNOWN; AND
DOUGLAS J. GARDNER,
INDIVIDUALLY,
                    Respondents.

No. 77991

**FILED**

MAY 30 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Mark R. Denton, District Judge
        William Turner, Settlement Judge
        The Law Offices of William H. Brown, Ltd.
        Lipson Neilson P.C.
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O) 1947

19-23497